**IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CRIMINAL DOCKET NO. 5:12CR54-RLV**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| | ) | |
| **vs.** | ) | **O R D E R** |
| | ) | |
| **JAVIER SANCHEZ CHAVEZ** | ) | |
| _____ | ) | |

Leave of Court is hereby granted for the dismissal *without prejudice* the charges against Defendant Javier Sanchez Chavez in the above-captioned Bill of Indictment.

The Clerk is directed to send copies of this Order to the U.S. Probation Office and Pretrial Services, the U.S. Marshal Service, Defense Counsel, and the United States Attorney's Office.

Signed: April 8, 2013

Richard L. Voorhees
United States District Judge